IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY COSBY,

    Plaintiff,                        CIV. NO. S- 08-2183 JAM GGH PS

    vs.

FINANCIAL FREEDOM SENIOR
FUNDING CORPORATION, et al.,

    Defendants.                  <u>ORDER AND</u>

                                /                          <u>ORDER TO SHOW CAUSE</u>

          Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). Motions to dismiss by defendants Bydesign Financial Solutions dba Consumer Credit Counseling Service of Los Angeles, and Wachovia Mortgage, F.S.B., f/k/a/ World Savings Bank, F.S.B., are presently noticed for hearing on the May 14, 2009, law and motion calendar of the undersigned. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that plaintiff failed to file opposition or a statement of non-opposition to the motions.

          Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

1

if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).[1] Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir.1986). The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions. E.D. Cal. L. R. 83-183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of May 14, 2009 is vacated. Hearing on defendants' motions is continued to June 11, 2009.

2. Plaintiff shall show cause, in writing, no later than May 28, 2009 why sanctions should not be imposed for failure timely to file opposition or a statement of non-opposition to the pending motions.

3. Plaintiff is directed to file opposition, if any, to the motions, or a statement of non-opposition thereto, no later than May 28, 2009. Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: May 6, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Cosby2183.osc.wpd

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. E.D. Cal. L. R. 78-230(j).

2