IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ANTHONY COSBY,

    Plaintiff,                                     CIV. NO. S- 08-2183 JAM GGH PS

    vs.

FINANCIAL FREEDOM SENIOR
FUNDING CORPORATION, et al.,

    Defendants.                             ORDER AND

_____/                ORDER TO SHOW CAUSE

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). A motion to dismiss by defendant U.S. Department of Housing and Urban Development is presently noticed for hearing on the August 6, 2009, law and motion calendar of the undersigned. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that plaintiff failed to file opposition or a statement of non-opposition to the motion.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).[1]  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 83-183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of August 6, 2009, is vacated.  Hearing on defendant's motion is continued to August 27, 2009.

2. Plaintiff shall show cause, in writing, no later than August 13, 2009, why sanctions should not be imposed for failure timely to file opposition or a statement of non-opposition to the pending motion.

3. Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than August 13, 2009.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that defendant's motion be granted.

DATED: July 28, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

cos2183.osc(2)

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions.  E.D. Cal. L. R. 78-230(j).

2